HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-0129-MJS |
| Plaintiff, | **MOTION TO VACATE MARCH 16, 2017 REVIEW HEARING AND TO TERMINATE PROBATION; ORDER** |
| vs. | |
| DARREN BROWN, | |
| Defendant. | |

Defendant Darren Brown hereby requests that the Court vacate the March 16, 2017 review hearing and terminate probation in this case.

On March 4, 2015, the Court sentenced Mr. Brown to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a penalty assessment of $10.00, complete forty hours of community service, and to complete twenty-four hours of outpatient counseling.

On November 16, 2015, the government filed a Statement of Alleged Probation Violation, alleging that Mr. Brown failed to obey all laws and failed to abstain from alcohol. On January 6, 2016, a review hearing was held. At the hearing, Mr. Brown provided proof to the government and the Court that he had paid the $10.00 penalty assessment, completed forty hours of community service, and that he had attended at least twenty-four hours of outpatient

counseling. Mr. Brown admitted the charges in the Statement of Alleged Probation Violation, and was sentenced to an additional twelve months of unsupervised probation, and ordered to remain gainfully employed for thirty hours per week, or, if not employed, to perform twenty hours per week of community service during that time. Additionally, Mr. Brown was ordered to serve sixty days in custody to begin on December 1, 2016.

Another review hearing was held on November 3, 2016. At that hearing, Mr. Brown was found to be in compliance with the terms and conditions of his probation, and the Court vacated the sixty days of custody previously ordered.

On February 28, 2017, a third review hearing was held. Mr. Brown was in compliance with all the terms and conditions of his probation. However, the government noted that there was no proof that Mr. Brown completed twenty-four hours of outpatient counseling. The Court extended Mr. Brown's probation from March 3, 2017, to March 18, 2017, to provide Mr. Brown time to obtain proof of his completion of twenty-four hours of outpatient counseling. A review hearing was also set for March 16, 2017.

On March 2, 2017, counsel for Mr. Brown requested the audio recording of the first January 6, 2016 review hearing. It was determined that at that hearing Mr. Brown had provided the government and the Court with proof of his completion of twenty-four hours of outpatient counseling.

Accordingly, Mr. Brown has complied with all conditions of his probation and the government is in agreement with the request to vacate the March 16, 2017 review hearing and to terminate probation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 6, 2017        /s/ Reed Grantham
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           DARREN BROWN

**O R D E R**

Based on the parties' joint representation that Mr. Brown is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for March 16, 2017, and hereby terminates probation in Case No. 6:14-mj-0129-MJS.

IT IS SO ORDERED.

Dated:   March 6, 2017                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE